**Reversed and Remanded and Majority and Concurring Memorandum Opinions filed February 10, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00478-CV

---

**BRAZOS PRESBYTERIAN HOMES, INC. D/B/A THE HALLMARK, Appellant**

**V.**

**AUGUST SCHUMACHER LANDER, AS INDEPENDENT EXECUTOR OF THE ESTATE OF BETTY S. LANDER, DECEASED, Appellee**

---

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2013-65993**

---

## C O N C U R R I N G   M E M O R A N D U M   O P I N I O N

I concur for the reasons set forth in *Memorial Hermann Hospital System v. Galvan*, 434 S.W.3d 176, 187 (Tex. App.—Houston [14th Dist.] 2014, pet. filed) (Boyce, J., concurring). This court's disposition of the claims asserted against Brazos Presbyterian Homes, Inc. is dictated by *Ross v. St. Luke's Episcopal Hospital*, No. 14-12-00885-CV, 2013 WL 1136613, at *1-2 (Tex. App.—Houston

[14th Dist.] Mar. 19, 2013, pet. granted), and *Galvan*, 434 S.W.3d at 187.  Pending the Texas Supreme Court's forthcoming decision in *Ross*, this court is bound by its prior decisions regarding the reach of a "[h]ealth care liability claim" under Tex. Civ. Prac. & Rem. Code Ann §74.001(a)(13) (Vernon Supp. 2014).


/s/     William J. Boyce
Justice


Panel consists of Justices Boyce, McCally, and Brown (McCally, J., majority).